No. 2,187.—LOUIS S. McCLURE, APPELLANT, *v.* MOSES MANUEL ET AL., RESPONDENTS.

*Appeal from District Court, Lewis and Clark County; Henry C. Smith, Judge.*

Decided December 13, 1906.

PER CURIAM.—This appeal is hereby dismissed as per stipulation of counsel.

*Mr. F. P. Sterling,* and *Mr. E. W. Toole,* for Appellant.

*Messrs. Word & Word,* for Respondents.

---

No. 2,346.—ANNIE VUKSINICH, RESPONDENT, *v.* THE GRAND LODGE A. O. U. W. OF MONTANA, APPELLANT.

*Appeal from District Court, Silver Bow County; John B. McClernan, Judge.*

Decided December 20, 1906.

PER CURIAM.—It is ordered that the appeal herein be and the same is hereby dismissed in accordance with praecipe on file.

*Mr. Massena Bullard,* for Appellant.